```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 40530
   NEKESHA JACKSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5469

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/02/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   42.00%.

     The case was converted to chapter 7 after confirmation 08/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED           7000.00        1045.48       7000.00
FORD MOTOR CREDIT          UNSECURED         2080.36            .00           .00
G C SERVICES .             UNSECURED        NOT FILED           .00           .00
FINANCIAL ASSET MANAGEME   UNSECURED        NOT FILED           .00           .00
ARTHUR CORRALES            UNSECURED        NOT FILED           .00           .00
CARSON PIRIE SCOTT         UNSECURED          268.07            .00           .00
DR MICHAEL GUTHRIE DDS     UNSECURED          451.76            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1369.00            .00           .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED           .00           .00
CREDIT FIRST               UNSECURED          358.50            .00           .00
NGBL CARSONS               NOTICE ONLY     NOT FILED           .00           .00
WORLD FINANCE NETWORK      UNSECURED        NOT FILED           .00           .00
WFNNB NEW YORK & COMPANY   NOTICE ONLY     NOT FILED           .00           .00
CINGULAR WIRELESS          UNSECURED          366.55            .00           .00
T MOBILE                   NOTICE ONLY     NOT FILED           .00           .00
LITTLE CO MARY HOSPITAL    NOTICE ONLY     NOT FILED           .00           .00
SPRINT-NEXTEL CORP         UNSECURED          878.64            .00           .00
PAY DAY LOAN STORE         UNSECURED        NOT FILED           .00           .00
INSTANT CASH ADVANCE       UNSECURED        NOT FILED           .00           .00
PAYDAY ADVANCE CASH TO G   UNSECURED          664.74            .00           .00
CITY OF CHICAGO PARKING    UNSECURED          300.00            .00           .00
ECMC                       UNSECURED         2865.36            .00           .00
ISAC                       UNSECURED         2758.91            .00           .00
STEFANS STEFANS & STEFAN   REIMBURSEMENT      154.00            .00        154.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY       2,200.00           .00      2,200.00
TOM VAUGHN                 TRUSTEE                                         577.22
DEBTOR REFUND              REFUND                                          201.30

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40530 NEKESHA JACKSON
```

```
TRUSTEE                                11,178.00

PRIORITY                                                     154.00
SECURED                                                    7,000.00
     INTEREST                                              1,045.48
UNSECURED                                                       .00
ADMINISTRATIVE                                             2,200.00
TRUSTEE COMPENSATION                                         577.22
DEBTOR REFUND                                                201.30
                                   ---------------    ---------------
TOTALS                                 11,178.00          11,178.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/28/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE